IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ELIZABETH TILY, et al.,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**THOMAS JEFFERSON UNIVERSITY HOSPITALS, INC.,**<br><br>*Defendant*. | Case No. 2:21-cv-03331-JDW |

## ORDER

**AND NOW**, this 2nd day of February, upon notice that the Parties have settled the above-captioned matter, it is hereby **ORDERED** that Plaintiffs' action is **DISMISSED WITH PREJUDICE**, pursuant to Local Rule of Civil Procedure 41.1(b). Each party shall bear their or its own costs and attorneys' fees.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.